**2001–0493. Goodyear Tire & Rubber Co. v. Aetna Cas. & Rubber Co.**

Summit App. No. 19121. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of appellees' motion for leave to file additional authority,

IT IS ORDERED by the court that the motion for leave to file additional authority be, and hereby is, granted, and appellees may file the citation to the additional authority within 7 days of the date of this entry.

Cook, J., not participating.

**2001–0748. State ex rel. R.T.G., Inc. v. State.**

Franklin App. No. 98AP–1015, 2001-Ohio-4267. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County. Upon consideration of appellants/cross-appellees' motion for leave to file additional authority,

IT IS ORDERED by the court that the motion for leave to file additional authority be, and hereby is, granted, and appellants/cross-appellees may file the citation to the additional authority within 7 days of the date of this entry.

**2001–0871. State v. Ahmed.**

Belmont C.P. No. 99CR192. This cause is a death penalty appeal from the Court of Common Pleas of Belmont County. Upon consideration of appellant's motion to supplement the record with Nawaz Ahmed's medical records from the Belmont County Jail that were not previously included when the record was transmitted to this court,

IT IS ORDERED by the court that the motion to supplement the record be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the Clerk of the Belmont County Court of Common Pleas shall certify and transmit the medical records of Nawaz Ahmed from the Belmont County Jail within 20 days of the date of this entry.

**2001–1057. State v. Campbell.**

Franklin C.P. No. 97CR042020. Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that post-conviction proceedings are pending,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**2002–0739. Decker v. Benedetto.**

Tuscarawas App. Nos. 2001AP070068 and 2001AP090090. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for emergency stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for emergency stay be, and hereby is, denied.

Lundberg Stratton, J., dissents.